# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 8, 2018

## NO. 03-17-00863-CV

**SBI Investments, LLC, 2014-1; and L2 Capital LLC, Appellants**

**v.**

**Quantum Materials Corp., Appellee**

## APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on November 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.